[No. 10379-0-III. Division Three. April 9, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JUAN CARLOS MELGOZA, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 89-3-00248-4, Carolyn A. Brown, J., entered October 24, 1989. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 25344-1-I. Division One. April 15, 1991.]

NORHAWK INVESTMENTS, INC., *Appellant,* v. SUBWAY SANDWICH SHOPS, INC., ET AL, *Defendants,* DOCTOR'S ASSOCIATES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-20962-2, Richard J. Thorpe, J., entered January 19, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Pekelis and Baker, JJ. Now published at 61 Wn. App. 395.

[No. 24216-4-I. Division One. April 15, 1991.]

*In the Matter of the Marriage of* LYNNE A.C. TASKER, *Respondent, and* MICHAEL K. TASKER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-3-01145-3, Richard J. Thorpe, J., entered May 12, 1989. *Affirmed in part* and *remanded* by unpublished opinion per Scholfield, J., concurred in by Forrest and Kennedy, JJ.